## DALE v. LATTIMORE

No. 47 PC.

Case below: 12 N.C. App. 348.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 November 1971.

## DANTZIC v. STATE

No. 140.

Case below: 12 N.C. App. 409.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 November 1971. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 2 November 1971.

## MILLER v. SNIPES

No. 48 PC.

Case below: 12 N.C. App. 342.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 November 1971.

## PHILLIPS v. WRENN BROTHERS

No. 46 PC.

Case below: 12 N.C. App. 35.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 November 1971.

## SPEIZMAN CO. v. WILLIAMSON

No. 44 PC.

Case below: 12 N.C. App. 297.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 November 1971.